UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In re:**

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

1:03-md-01570-GBD-SN

Mary Alston, individually, as injured person

Camille Andia, individually, as injured person

Ana Andrade, individually, as injured person

Thomas Anicito, individually, as injured person

Edison Ayala, individually, as injured person

James Bahnken, individually, as injured person

Reginald L. Bates, individually, as injured person

Richard Bernard, individually, as injured person

Patrick Boutin, individually, as injured person

William B.H. McDaris, individually, as injured person

Paul Campo, individually, as injured person

Thomas Carlstrom, individually, as injured person

Rodney Carr, individually, as injured person

John Carroll, individually, as injured person

Brian F. Carter, individually, as injured person

Katherine Carver, individually, as injured person

Civil Docket Number: 1:26-cv-07194

**IRAN SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**

Louis DiGiovanni, individually, as injured person

Andre Facey, individually, as injured person

Peter Facinelli, individually, as injured person

Joanne Falvey, individually, as injured person

James Giacomo Fazio, individually, as injured person

Thomas Fedele, individually, as injured person

James Feeley, individually, as injured person

Carl Feliciano, individually, as injured person

Norberto Feliciano, individually, as injured person

Rafael Feliciano, individually, as injured person

Dorrin Ferguson, individually, as injured person

John Ferguson, individually, as injured person

Julia A. Ferrara, individually, as injured person

Vincent James Ferrara, individually, as injured person

Lisa Ferreira-Blake, individually, as injured person

John Ferro, individually, as injured person

Judy Fezza, individually, as injured person

Carlos Figueroa, individually, as injured person

George Figueroa, individually, as injured person

Emmanuel Fils, individually, as injured person

Gregory Fisher, individually, as injured person

Elliot Fishman, individually, as injured person

James Fitzgerald, individually, as injured person

Thomas Fitzgibbon, individually, as injured person

David Flowers, individually, as injured person

Diane Fontaine, individually, as injured person

Roy Fortier, individually, as injured person

Luis Franceschi, individually, as injured person

Frank Francisco, individually, as injured person

Jonathan Frey, individually, as injured person

Scott Frey, individually, as injured person

Ronald Frische, individually, as injured person

Philip Fusco, individually, as injured person

Nicholas Gadaleta, individually, as injured person

John Gagliardi, individually, as injured person

Dominick Gallo, individually, as injured person

Pauline Garcia, individually, as injured person

Raymond Garland, Jr., individually, as injured person

Ann Garofalo, individually, as injured person

James H. Gaunay, individually, as injured person

Kevin Geiger, individually, as injured person

Edward Gelormino, individually, as injured person

Vincent Giammanco, individually, as injured person

Lawrence Gillick, individually, as injured person

Daniel Gilligan, individually, as injured person

Thomas Goff, individually, as injured person

Myrsa Gonzalez Dapolito, individually, as injured person

Cynthia R. Gonzalez, individually, as injured person

Jose A. Gonzalez, individually, as injured person

Maria Gonzalez, individually, as injured person

Stephen Goodman, individually, as injured person

Juan Goodridge, individually, as injured person

Arbradella Grant, individually, as injured person

Robert Gravina, individually, as injured person

Anita Grayson, individually, as injured person

Robert S. Greves, individually, as injured person

Linda Griffin, individually, as injured person

Janet Griffith, individually, as injured person

Shondelle Griffith-Centeno, individually, as injured person

Dennis Grogan, individually, as injured person

Roy Gross, individually, as injured person

James Guarino, individually, as injured person

Michael Guglielmo, individually, as injured person

Nichole Guglielmo, individually, as injured person

Denise Guidice, individually, as injured person

Laura Guinan, individually, as injured person

Kathryn Guinn, individually, as injured person

John Gustin, individually, as injured person

Kevin Haefner, individually, as injured person

Thomas Hall, individually, as injured person

Timothy J. Hanlon, individually, as injured person

Richard Hannaford, individually, as injured person

Terrence S. Hansen, individually, as injured person

Sheryl L. Harden, individually, as injured person

Priscilla Harris, individually, as injured person

Joyce Harrison, individually, as injured person

Dawud Hasan, individually, as injured person

Richard Haught, individually as injured person

Arthur Hayducka, individually, as injured person

Catherine Held, individually, as injured person

Bruce D. Hendershot, individually, as injured person

Howard L. Henderson, individually, as injured person

Amelia Hendricks, individually, as injured person

Morris Heney, individually, as injured person,

Plaintiffs,

-against-

Islamic Republic of Iran,

Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of October 28, 2019, ECF No. 5234. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV- 9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all

causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check only one complaint**]:

☐ Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

☒ Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4. In addition, each Plaintiff hereby asserts the following additional causes of action:

☐ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the Havlish filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq*.

☒ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the Havlish filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

b. Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

c. As indicated at Appendix 1, Plaintiffs are persons who suffer from physical injuries and/or illnesses as a result of the September 11, 2001 Terrorist Attacks.

d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

6. The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7. By filing this Iran Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

8. By filing this Iran Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

**JURY DEMAND**

9. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: August 24, 2026

Respectfully submitted,

*/s/ Raymond C. Silverman*

Raymond C. Silverman
Melanie H. Muhlstock
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 466-6665
rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com

*Attorneys for Plaintiffs*

**APPENDIX 1**

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1. | Mary Alston | NY | US | Mary Alston | Self (Injury) | US | Personal Injury |
| 2. | Camille Andia | NJ | US | Camille Andia | Self (Injury) | US | Personal Injury |
| 3. | Ana Andrade | NY | US | Ana Andrade | Self (Injury) | US | Personal Injury |
| 4. | Thomas Anicito | NY | US | Thomas Anicito | Self (Injury) | US | Personal Injury |
| 5. | Edison Ayala | NY | US | Edison Ayala | Self (Injury) | US | Personal Injury |
| 6. | James Bahnken | NY | US | James Bahnken | Self (Injury) | US | Personal Injury |
| 7. | Reginald L. Bates | NJ | US | Reginald L. Bates | Self (Injury) | US | Personal Injury |
| 8. | Richard Bernard | NY | US | Richard Bernard | Self (Injury) | US | Personal Injury |
| 9. | Patrick Boutin | NY | US | Patrick Boutin | Self (Injury) | US | Personal Injury |
| 10 | William B.H. McDaris | NY | US | William B.H. McDaris | Self (Injury) | US | Personal Injury |
| 11. | Paul Campo | NY | US | Paul Campo | Self (Injury) | US | Personal Injury |
| 12. | Thomas Carlstrom | NY | US | Thomas Carlstrom | Self (Injury) | US | Personal Injury |
| 13. | Rodney Carr | NY | US | Rodney Carr | Self (Injury) | US | Personal Injury |
| 14. | John Carroll | FL | US | John Carroll | Self (Injury) | US | Personal Injury |

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 15. | Brian F. Carter | NY | US | Brian F. Carter | Self (Injury) | US | Personal Injury |
| 16. | Katherine Carver | NY | US | Katherine Carver | Self (Injury) | US | Personal Injury |
| 17. | Louis DiGiovanni | CT | US | Louis DiGiovanni | Self (Injury) | US | Personal Injury |
| 18. | Andre Facey | NY | US | Andre Facey | Self (Injury) | US | Personal Injury |
| 19. | Peter Facinelli | NY | US | Peter Facinelli | Self (Injury) | US | Personal Injury |
| 20. | Joanne Falvey | NJ | US | Joanne Falvey | Self (Injury) | US | Personal Injury |
| 21. | James Giacomo Fazio | NY | US | James Giacomo Fazio | Self (Injury) | US | Personal Injury |
| 22. | Thomas Fedele | NY | US | Thomas Fedele | Self (Injury) | US | Personal Injury |
| 23. | James Feeley | AL | US | James Feeley | Self (Injury) | US | Personal Injury |
| 24. | Carl Feliciano | NY | US | Carl Feliciano | Self (Injury) | US | Personal Injury |
| 25. | Norberto Feliciano | NY | US | Norberto Feliciano | Self (Injury) | US | Personal Injury |
| 26. | Rafael Feliciano | FL | US | Rafael Feliciano | Self (Injury) | US | Personal Injury |
| 27. | Dorrin Ferguson | NY | US | Dorrin Ferguson | Self (Injury) | US | Personal Injury |
| 28. | John Ferguson | NJ | US | John Ferguson | Self (Injury) | US | Personal Injury |
| 29. | Julia A. Ferrara | NY | US | Julia A. Ferrara | Self (Injury) | US | Personal Injury |
| 30. | Vincent James Ferrara | NY | US | Vincent James Ferrara | Self (Injury) | US | Personal Injury |
| 31. | Lisa Ferreira-Blake | GA | US | Lisa Ferreira-Blake | Self (Injury) | US | Personal Injury |
| 32. | John Ferro | NY | US | John Ferro | Self (Injury) | US | Personal Injury |

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 33. | Judy Fezza | NJ | US | Judy Fezza | Self (Injury) | US | Personal Injury |
| 34. | Carlos Figueroa | NY | US | Carlos Figueroa | Self (Injury) | US | Personal Injury |
| 35. | George Figueroa | FL | US | George Figueroa | Self (Injury) | US | Personal Injury |
| 36. | Emmanuel Fils | NY | US | Emmanuel Fils | Self (Injury) | US | Personal Injury |
| 37. | Gregory Fisher | FL | US | Gregory Fisher | Self (Injury) | US | Personal Injury |
| 38. | Elliot Fishman | FL | US | Elliot Fishman | Self (Injury) | US | Personal Injury |
| 39. | James Fitzgerald | NJ | US | James Fitzgerald | Self (Injury) | US | Personal Injury |
| 40. | Thomas Fitzgibbon | NY | US | Thomas Fitzgibbon | Self (Injury) | US | Personal Injury |
| 41. | David Flowers | NY | US | David Flowers | Self (Injury) | US | Personal Injury |
| 42. | Diane Fontaine | GA | US | Diane Fontaine | Self (Injury) | US | Personal Injury |
| 43. | Roy Fortier | FL | US | Roy Fortier | Self (Injury) | US | Personal Injury |
| 44. | Luis Franceschi | NJ | US | Luis Franceschi | Self (Injury) | US | Personal Injury |
| 45. | Jonathan Frey | FL | US | Jonathan Frey | Self (Injury) | US | Personal Injury |
| 46. | Scott Frey | NY | US | Scott Frey | Self (Injury) | US | Personal Injury |
| 47. | Ronald Frische | FL | US | Ronald Frische | Self (Injury) | US | Personal Injury |
| 48. | Philip Fusco | NY | US | Philip Fusco | Self (Injury) | US | Personal Injury |
| 49. | Nicholas Gadaleta | NY | US | Nicholas Gadaleta | Self (Injury) | US | Personal Injury |
| 50. | John Gagliardi | NY | US | John Gagliardi | Self (Injury) | US | Personal Injury |
| 51. | Dominick Gallo | NY | US | Dominick Gallo | Self (Injury) | US | Personal Injury |

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 52. | Pauline Garcia | TX | US | Pauline Garcia | Self (Injury) | US | Personal Injury |
| 53. | Raymond Garland, Jr. | NJ | US | Raymond Garland, Jr. | Self (Injury) | US | Personal Injury |
| 54. | Ann Garofalo | NY | US | Ann Garofalo | Self (Injury) | US | Personal Injury |
| 55. | James H. Gaunay | NY | US | James H. Gaunay | Self (Injury) | US | Personal Injury |
| 56. | Kevin Geiger | NJ | US | Kevin Geiger | Self (Injury) | US | Personal Injury |
| 57. | Edward Gelormino | NJ | US | Edward Gelormino | Self (Injury) | US | Personal Injury |
| 58. | Vincent Giammanco | NY | US | Vincent Giammanco | Self (Injury) | US | Personal Injury |
| 59. | Lawrence Gillick | NY | US | Lawrence Gillick | Self (Injury) | US | Personal Injury |
| 60. | Daniel Gilligan | NY | US | Daniel Gilligan | Self (Injury) | US | Personal Injury |
| 61. | Thomas Goff | NY | US | Thomas Goff | Self (Injury) | US | Personal Injury |
| 62. | Myrsa Gonzalez Dapolito | NY | US | Myrsa Gonzalez Dapolito | Self (Injury) | US | Personal Injury |
| 63. | Cynthia R. Gonzalez | NY | US | Cynthia R. Gonzalez | Self (Injury) | US | Personal Injury |
| 64. | Jose A. Gonzalez | NY | US | Jose A. Gonzalez | Self (Injury) | US | Personal Injury |
| 65. | Maria Gonzalez | FL | US | Maria Gonzalez | Self (Injury) | US | Personal Injury |
| 66. | Stephen Goodman | NY | US | Stephen Goodman | Self (Injury) | US | Personal Injury |
| 67. | Juan Goodridge | NY | US | Juan Goodridge | Self (Injury) | US | Personal Injury |
| 68. | Arbradella Grant | NJ | US | Arbradella Grant | Self (Injury) | US | Personal Injury |
| 69. | Robert Gravina | NJ | US | Robert Gravina | Self (Injury) | US | Personal Injury |
| 70. | Anita Grayson | NY | US | Anita Grayson | Self (Injury) | US | Personal Injury |

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 71. | Robert S. Greves | NJ | US | Robert S. Greves | Self (Injury) | US | Personal Injury |
| 72. | Linda Griffin | NC | US | Linda Griffin | Self (Injury) | US | Personal Injury |
| 73. | Janet Griffith | NY | US | Janet Griffith | Self (Injury) | US | Personal Injury |
| 74. | Shondelle Griffith-Centeno | NY | US | Shondelle Griffith-Centeno | Self (Injury) | US | Personal Injury |
| 75. | Dennis Grogan | NJ | US | Dennis Grogan | Self (Injury) | US | Personal Injury |
| 76. | Roy Gross | NY | US | Roy Gross | Self (Injury) | US | Personal Injury |
| 77. | James Guarino | NY | US | James Guarino | Self (Injury) | US | Personal Injury |
| 78. | Michael Guglielmo | PA | US | Michael Guglielmo | Self (Injury) | US | Personal Injury |
| 79. | Nichole Guglielmo | NC | US | Nichole Guglielmo | Self (Injury) | US | Personal Injury |
| 80. | Denise Guidice | NY | US | Denise Guidice | Self (Injury) | US | Personal Injury |
| 81. | Laura Guinan | NY | US | Laura Guinan | Self (Injury) | US | Personal Injury |
| 82. | Kathryn Guinn | NY | US | Kathryn Guinn | Self (Injury) | US | Personal Injury |
| 83. | John Gustin | NY | US | John Gustin | Self (Injury) | US | Personal Injury |
| 84. | Kevin Haefner | NY | US | Kevin Haefner | Self (Injury) | US | Personal Injury |
| 85. | Thomas Hall | NY | US | Thomas Hall | Self (Injury) | US | Personal Injury |
| 86. | Timothy J. Hanlon | PA | US | Timothy J. Hanlon | Self (Injury) | US | Personal Injury |
| 87. | Richard Hannaford | CA | US | Richard Hannaford | Self (Injury) | US | Personal Injury |
| 88. | Terrence S. Hansen | TN | US | Terrence S. Hansen | Self (Injury) | US | Personal Injury |
| 89. | Sheryl L. Harden | NJ | US | Sheryl L. Harden | Self (Injury) | US | Personal Injury |

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 90. | Alonzo Harris | NY | US | Alonzo Harris | Self (Injury) | US | Personal Injury |
| 91. | Priscilla Harris | NY | US | Priscilla Harris | Self (Injury) | US | Personal Injury |
| 92. | Joyce Harrison | NY | US | Joyce Harrison | Self (Injury) | US | Personal Injury |
| 93. | Dawud Hasan | NY | US | Dawud Hasan | Self (Injury) | US | Personal Injury |
| 94. | Richard Haught | NY | US | Richard Haught | Self (Injury) | US | Personal Injury |
| 95. | Arthur Hayducka | NJ | US | Arthur Hayducka | Self (Injury) | US | Personal Injury |
| 96. | Catherine Held | NJ | US | Catherine Held | Self (Injury) | US | Personal Injury |
| 97. | Bruce D. Hendershot | PA | US | Bruce D. Hendershot | Self (Injury) | US | Personal Injury |
| 98. | Howard L. Henderson | NY | US | Howard L. Henderson | Self (Injury) | US | Personal Injury |
| 99. | Amelia Hendricks | NY | US | Amelia Hendricks | Self (Injury) | US | Personal Injury |
| 100. | Morris Heney | NY | US | Morris Heney | Self (Injury) | US | Personal Injury |